## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Sunrich, LLC, a Minnesota
Limited Liability Company,

Civil No. 06-290 (RHK/AJB)

**ORDER**

Plaintiff,

v.

Trader Joe's Company, a California
corporation, Trader Joe's East, Inc., a
Massachusetts corporation,

Defendants.

The above matter is referred to Magistrate Judge Arthur J. Boylan for an expedited

settlement conference at such times, and on such terms and conditions as Judge Boylan

directs.  The Court will continue under advisement Defendants' Motion to Compel

Arbitration.

Dated: May 17, 2006

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge