## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Sunrich, LLC, a Minnesota limited liability company, | Civil No. 06-290 (RHK/AJB) |
| Plaintiff, | **ORDER** |
| v. | |
| Trader Joe's Company, a California corporation, Trader Joe's East, Inc., a Massachusetts corporation, | |
| Defendants. | |

---

Pursuant to the parties' Stipulation of Dismissal (Doc. No. 44), this matter is **DISMISSED WITH PREJUDICE** and each party shall bear their own costs, disbursements, and attorney fees.

Dated: October 10, 2006

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
